# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS RIVERA

        V.

WACHOVIA BANK, a National Banking Association; WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation f/k/a WORLD SAVINGS BANK, FSB; and DOES 1-200, inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09cv433-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Wachovia's motion to dismiss. Plaintiff's First Amended Complaint, including all claims raised therein, is dismissed with prejudice........................................................................................................................................................................................

| August 5, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON August 5, 2009